UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MA

FILED

OCT 1 1 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kim Van Pelt **Plaintiff(s)**

Case No. 1:13-cv-03953

V.

Roosevelt University
Sheila Coffin **Defendant(s)**

Motion for Judgement of Default

Roosevelt University and Sheila Coffin have failed to answer my summons by 9-30-13; therefore, I am requesting a default Judgement

Kim Van Pelt     10-11-13

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kim Van Pelt | 13 C 3953 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Roosevelt University | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles Middleton / Roosevelt University

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
425 S Wabash WB 1312 Chicago IL 60605

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kim Van Pelt
5622 S Hoyne
Chicago IL 60636

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
SEP 09, 2013
SEP X 9 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Kim Van Pelt
TELEPHONE NUMBER: 773-984-3377
DATE: 9-3-13

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 25 / 2 | 24 | 24 | | 9/9/13 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Cheryl Gouldsby, assistant to president

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/9/2013    Time: 4:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:**

1 DUSM, 1 hour, 1 mile RT.

---

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kim Van Pelt | 13 C 3953 |
| DEFENDANT | TYPE OF PROCESS |
| Sheila Coffin | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Sheila Coffin / Roosevelt University

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 425 S Wabash WB 1M 13 Chicago, IL 60605

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kim Van Pelt
5622 S Hoyne
Chicago IL 60636

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
SEP X 9 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Kim Van Pelt
TELEPHONE NUMBER: 773-984-3377
DATE: 9-3-13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 10 R | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 9/9/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Cheryl Gouldsby, assistant to president

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/9/2013   Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

1 DUSM, 1 hour, 1 mile RT

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kim Van Pelt
Plaintiff(s)

CASE No. 1:13-CV-03953

vs.

Sheila Coffin
Roosevelt University
Defendant(s)

JUDGE: Aspen

**PROOF OF SERVICE**

TO: Sheila Coffin
425 S Wabash WB 1M13
Chicago Il 60605

TO: Charles Middleton / Roosevelt University
425 S Wabash WB 1312
Chicago Il 60605

I, the undersigned (plaintiff/defendant), certify that on the 11 day of October, 2013, I served a copy of this Motion for Judgement of Default to each person whom it is directed by way of Mail.

Signature Kim Van Pelt
Name Kim Van Pelt
Address 5622 S Hoyne
City/Zip Chicago Il 60636
Telephone 773 984-3397